

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARRELL LEE LOMAX,

    Petitioner,

v.

Vince Cullen, Acting Warden of
California State Prison at San
Quentin,

    Respondent

Case No. CV11-01746-JST

**DEATH PENALTY CASE**
NO EXECTUION DATE SET

[~~PROPOSED~~] ORDER STAYING
EXECUTION OF DEATH SENTENCE AND
REFERRING THE MATTER TO THE
CAPITAL CASE COMMITTEE FOR
SUGGESTION OF APPOINTED COUNSEL

    Upon request of Assistant State Public Defender Jessica K. McGuire on behalf of petitioner, and pursuant to Local Rules 83-17.4 (a) and (b), and 83-17.6 (a) and (c),

    IT IS HEREBY ORDERED that the execution of petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until ninety days after the date counsel is appointed to represent him in this case.

    IT IS FURTHER ORDERED, that this matter be referred to the Capital Habeas Panel Selection Board for the United States District Court, Central District of California, for appointment of the Federal Defender or other qualified counsel to represent petitioner in these

1 | proceedings.

2 | The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent, Vince Cullen, Acting Warden of San Quentin Prison; the Clerk of the Los Angeles County Superior Court; David Voet, Deputy Attorney General of the State of California; Steven Schreiner, Deputy District Attorney of Los Angeles County; the Federal Defender for the Central District of California; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: 3·02·11

*[signature]*
UNITED STATES DISTRICT JUDGE
**JOSEPHINE STATON TUCKER**

Submitted by:

*[signature]*
JESSICA K. McGUIRE
Assistant State Public Defender

DECLARATION OF SERVICE BY MAIL                                       Page 2