UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRELL LEE LOMAX,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL MARTEL, Acting Warden, California State Prison at San Quentin<br><br>　　　　Respondent. | NO. CV 11-01746 JST<br><br>**DEATH PENALTY CASE**<br><br>ORDER STAYING EXECUTION OF DEATH SENTENCE AND RELATED PROCEEDINGS |

　　　Upon request of Petitioner, and pursuant to Central District of California Local Rule 83-17.6,

　　　IT IS HEREBY ORDERED that the execution of Petitioner's sentence of death and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until final disposition in this Court of the Petition for Writ of Habeas Corpus filed on Petitioner's behalf.

//

1    The Clerk of the Court shall serve a certified copy of this order on petitioner
2  Darrell Lomax; respondent Michael Martel, Acting Warden of San Quentin Prison;
3  Kamala D. Harris, Attorney General of the State of California; David A. Voet, Deputy
4  Attorney General; Sean Kennedy, Federal Public Defender for the Central District of
5  California; Steve Cooley, Los Angeles County District Attorney; and the Clerk of the
6  Los Angeles County Superior Court.

9  Dated: November 7, 2011    _____
10                             HON. JOSEPHINE STATON TUCKER
                               United States District Judge

22  cc: Death Penalty Law Clerk

2