CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
C. PAMELA GOMEZ (Bar No. 233848)
(E-Mail: Pamela_Gomez@fd.org)
DANIEL LEMER (Bar No. 358266)
(E-Mail: Daniel_Lemer@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
DARRELL LEE LOMAX

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DARRELL LEE LOMAX,<br><br>          Petitioner,<br><br>    v.<br><br>Gena Jones, Warden,<br>California Health Care Facility, Stockton (CHCF),<br><br>          Respondent. | Case No. 2:11-cv-01746-JLS<br><br>**DEATH PENALTY CASE**<br><br>**PETITIONER'S QUARTERLY STATUS REPORT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's order of March 1, 2012, Petitioner Darrell Lee Lomax submits this report on the status of the state exhaustion proceedings.

On November 3, 2011, Lomax filed a Petition for Writ of Habeas Corpus in the California Supreme Court. On May 9, 2012, the California Supreme Court ordered that informal briefing be deferred until either March 7, 2014 or after Lomax files a first amended petition, whichever is earlier. On March 6, 2014, Lomax filed a First Amended Petition for Writ of Habeas Corpus in the California Supreme Court. On February 24, 2015, Respondent filed her informal response. On April 22, 2016, Lomax filed his informal reply.

On October 10, 2018, the California Supreme Court transferred jurisdiction over Lomax's case to the Superior Court of Los Angeles County, pursuant to Cal. Penal Code section 1509 (g). On October 18, 2018, the Supervising Judge of the Criminal Division temporarily assigned the case to the Honorable William C. Ryan for initial evaluation and possible re-assignment.

On January 31, 2019, Judge Ryan assigned the case to the Hon. Richard R. Romero, Judge, Department S21, Governor George Deukmejian Courthouse (Long Beach), as the original trial judge is no longer on the Court and therefore unavailable.

On February 26, 2019, Judge Romero issued an order setting a hearing on April 11, 2019, for the Court and counsel to discuss the status of the case. At the status conference, the parties discussed the effect of the moratorium, the applicability of the Prop 66 regulations, the incomplete record that was transferred from the California Supreme Court to the Superior Court, and the parties' future briefing schedule.

On July 29, 2019, Lomax filed his Brief with the Superior Court that, *inter alia*, addressed the applicability of procedural bars, narrowed the issues presented in the habeas petition, and requested discovery. Additionally, on that same date, Lomax filed an Application for Leave to File a Supplement to his Petition for Writ of Habeas Corpus, along with the Supplemental Petition and accompanying Exhibits. Respondent

filed a Reply to Petitioner's Application for Leave to File a Supplemental Petition on September 24, 2019. On October 21, 2019, Lomax filed a supplemental exhibit with the Superior Court.

On August 5, 2020, the Superior Court denied Lomax's Petition for Writ of Habeas Corpus, and on August 26, 2020, Lomax filed his Notice of Appeal in the Second Appellate District of the California Court of Appeal. On September 14, 2020, the Court of Appeal stayed the appeal until the competent state authority resolved issues concerning the appointment and compensation of counsel on state appeal under Penal Code section 1509.1. As of this filing, that stay remains in place.

Pursuant to the Court's order, Lomax will continue to update the Court quarterly on the status of the state court proceedings. Lomax will file his next status report on or before June 22, 2026.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  March 23, 2026          By /s/ Daniel Lemer
                                 DANIEL LEMER
                                 C. PAMELA GOMEZ
                                 Deputy Federal Public Defenders

                                 Attorneys for Petitioner
                                 DARRELL LEE LOMAX

3